

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-17-00211-CR

LYDIA METCALF, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2015-C-0290

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Lydia Metcalf was convicted in Panola County of sexual assault and was sentenced to three years' confinement. In an opinion issued October 16, 2018, we reversed the judgment of conviction and rendered a judgment of acquittal.

On October 19, 2018, Metcalf filed a motion pursuant to Article 44.04(h) of the Texas Code of Criminal Procedure asking this Court to set bail pending final determination of her appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West 2018). Because Metcalf's motion was filed prior to the filing of a petition for discretionary review, this Court has jurisdiction to set the amount of bail.

It appears to this Court that the motion should be granted. Considering the nature of the crime, the sentence imposed, the level of pretrial bond set below, and other relevant factors, we set bail at $15,000.00. As required by Article 44.04(h) of the Texas Code of Criminal Procedure, if a surety bond is posted, the sureties on the bond must be approved by the trial court.

IT IS SO ORDERED.

BY THE COURT

Date: November 1, 2018